Peter M.K. Frost, OSB # 911843
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
541-359-3238
frost@westernlaw.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **WATERWATCH OF OREGON, INC.**, | Case No.: 1:23-cv-1830 |
| Plaintiff, | |
| v. | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| **MURPHY DITCH ASSOCIATION**, an Oregon Corporation; **CHRISTIN BRYK**, in her official capacity as President of Murphy Ditch Association; **JOSEPH CROW**, in his official capacity as Secretary of Murphy Ditch Association, | (Violation of Endangered Species Act, 16 U.S.C. § 1538(a)(1)(B)) |
| Defendants. | |

1.  Plaintiff WaterWatch of Oregon, Inc. ("WaterWatch") respectfully files this suit challenging the actions of Defendants Murphy Ditch Association et al. ("the Association") and its officers, who have violated, and continue to violate, Section 9 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1538(a)(1)(B), by maintaining and operating Murphy Dam and associated facilities on the Applegate River in Oregon. Murphy Dam, related facilities, and their operations unlawfully "take" under Section 9 Coho salmon listed as threatened with extinction within the Southern Oregon/Northern California Coast ("SONCC") Evolutionary Significant Unit ("ESU"). WaterWatch seeks a declaratory judgment that the Association and its officers are violating the ESA, and an injunction ordering them to cease causing "take" of Coho salmon.

## JURISDICTION AND VENUE

2.  The Court has jurisdiction pursuant to the citizen suit provision of the ESA, 16 U.S.C. § 1540(g), and because this case involves a federal question. 28 U.S.C. § 1331. On August 18, 2023, WaterWatch wrote the Association and its officers to offer to help ameliorate take of Coho salmon by Murphy Dam and related facilities. On September 29, 2023, WaterWatch gave the Association and its officers notice of its intent to sue under the ESA for unlawful take of Coho salmon. More than 60 days have elapsed since the Association and its officers received the notices. The relief WaterWatch seeks is authorized by the ESA and by the Declaratory Judgment Act. 16 U.S.C. § 1540; 28 U.S.C. §§ 2201 & 2202.

3.  Venue is proper in this Court pursuant to 16 U.S.C. § 1540(g)(3)(A) and 28 U.S.C. § 1391(e), and acts complained of herein occurred in Josephine County.

## PARTIES

4.  Plaintiff WaterWatch is a non-profit conservation organization dedicated, since 1985, to protecting and restoring stream flows in Oregon's rivers and streams to sustain native fish,

wildlife, and aquatic ecosystems as well as the people and communities who depend on healthy rivers. WaterWatch has worked for decades in the Rogue River Basin in part to remove significant fish barriers and improve flows to benefit the Rogue Basin's fish populations while enhancing fishing and recreational opportunities. WaterWatch was instrumental to agreements facilitating removing nine Rogue Basin dams, significantly improving fish passage at a tenth dam that remains in place, and facilitating the largest instream water transfer in the Rogue Basin's history. WaterWatch has experience working with state and federal government agencies, funding sources, engineers, and contractors on removing dams. WaterWatch is incorporated and has its headquarters in Portland, Oregon. WaterWatch has members in Oregon, including members in the Rogue River and Applegate River watersheds, who participate in recreational activities such as hiking, fishing, viewing wildlife that rely on Coho salmon, such as fish-eating birds, and river and lake boating and kayaking. WaterWatch's members are injured by the adverse impacts on Coho salmon caused by Murphy Dam.

5.  Defendant Murphy Ditch Association is licensed and registered in the State of Oregon as an active cooperative corporation. The Association, guided by its officers, serve its members; collectively, the Association owns and operates Murphy Dam. The Association has a principal place of business address at 7016 New Hope Road, Grants Pass, Oregon, 97527. The Association's registered mailing address is P.O. Box 112, Murphy, Oregon, 97533. WaterWatch served notice of intent to sue the Association at its registered mailing address. The Association received the notice of intent to sue.

6.  Defendant Christin Bryk is the registered President of Murphy Ditch Association. Ms. Bryk is sued in her official capacity. WaterWatch served notice of intent to sue on the Association and Ms. Bryk by mailing it to Ms. Bryk at her registered address at 7016 New Hope

Road, Grants Pass, Oregon, 97527. On October 2, 2023, Ms. Bryk received the notice of intent to sue. Ms. Bryk is responsible for, among other things, violating Section 9 of the ESA, by deciding to maintain and operate Murphy Dam and related facilities that cause take of Coho salmon.

7.  Defendant Joseph Crow is the registered Secretary of Murphy Ditch Association. Mr. Crow is sued in his official capacity. WaterWatch served notice of intent to sue on the Association and Mr. Crow by mailing it to Mr. Crow at his registered address at 6546 New Hope Road, Grants Pass, Oregon, 97527. On October 11, 2023, Mr. Crow received the notice of intent to sue. Mr. Crow is responsible for, among other things, violating Section 9 of the ESA, by deciding to maintain and operate Murphy Dam and related facilities that cause take of Coho salmon.

## FACTS

8.  Coho salmon are anadromous fish. Coho salmon inhabit some rivers along the Pacific coast in California, Oregon, Washington, British Columbia, and Alaska. Coho salmon have a three-year life history that includes spawning and rearing in rivers for at least one summer. Adult Coho salmon return to the Applegate River watershed during October through January. After adult Coho salmon in the Applegate River spawn, juvenile salmon emerge during March through May. Juvenile Coho salmon in the Applegate River watershed rear in or near their natal stream for approximately 12 months. After rearing, juvenile Coho salmon in the Applegate River emigrate to the ocean. Juvenile Coho salmon in the Applegate River generally emigrate to the ocean during February through June the year after the year they spawned.

9.  In 1997, the National Marine Fisheries Service ("NMFS") listed Coho salmon within the SONCC ESU, including within the Applegate River, as threatened with extinction. When it proposed to list SONCC Coho salmon as threatened under the ESA, NMFS found that dams and

effects caused by dams contribute to the decline of the species and support listing it as threatened with extinction. Dams can cause sedimentation, loss of habitat connectivity, impaired migration, injury during migration, impaired rearing conditions, and increased stream temperatures, all of which harm SONCC Coho salmon.

10. In 2014, NMFS issued a Recovery Plan for the SONCC ESU of Coho salmon. NMFS designated as an "independent population" Coho that use habitat in the "Middle Rogue-Applegate" basins. NMFS found the Middle Rogue-Applegate Coho population is "at high risk of extinction." NMFS identified "dams and diversions" as a "key limiting threat" to the Middle Rogue-Applegate Coho population. NMFS noted the spatial distribution of the Middle Rogue-Applegate Coho population has been reduced by dams and degraded habitat. NMFS noted water withdrawals and diversions limit the amount of, and access to, summer habitat and thermal refuge for the Middle Rogue-Applegate Coho population. NMFS found the mainstem Applegate River includes high intrinsic potential Coho habitat. NMFS found 28 tributaries to the Applegate River below Applegate Dam include high intrinsic potential Coho habitat. The Middle Rogue-Applegate River population contributes to the viability of SONCC ESU of Coho salmon by providing rearing, migratory, and refugia habitat for one of its independent populations.

11. Murphy Dam was built in 1902. Murphy Dam is primarily a concrete structure. Murphy Dam uses wood flashboards seasonally. Murphy Dam spans the Applegate River. Murphy Dam is located 12 miles upstream from the confluence of the Applegate River and Rogue River. Murphy Dam is 4-6 feet high. Large boulders are present at the base of Murphy Dam. Large boulders were placed at the base of Murphy Dam to protect the dam from scour during high water events.

12.   The State of Oregon has authorized diversion of 7.867 cubic feet per second of water from the Applegate River into Murphy Ditch. Diverted water is used for irrigation. The irrigation season is April 1 to October 31.

13.   Murphy Dam facilitates diversion of water from the Applegate River when flashboards are placed on the dam, raising the water level upstream of Murphy Dam by approximately two to two-and-one-half feet. Diverted water flows into a ditch. The main ditch is named Murphy Ditch. Murphy Ditch is 17,384 feet-long. Murphy Ditch is open and unlined. A second ditch named 9-Day Ditch flows off Murphy Ditch. 9-Day Ditch is 4,471 feet-long. 9-Day Ditch is open and unlined. Water is diverted to approximately 38 users. Some users draw water from Murphy Ditch. Some users draw water from 9-Day Ditch. The service area is approximately 311.7 acres.

14.   Within Murphy Ditch approximately 600 feet downstream from the point of diversion from the Applegate River is a roll-drum screen. The roll-drum screen includes two drums and paddle wheels that drive the screen rotation. The screen does not meet current criteria for proper fish screens. Some juvenile Coho salmon are diverted by the roll-drum screen into a pipe and back into the river. Some juvenile Coho salmon are harmed by the roll-drum screen and pipe and do not survive the processes. Some juvenile Coho salmon are not diverted by the roll-drum screen and are injured by the processes. Some juvenile Coho salmon are preyed upon while in Murphy Ditch. Some juvenile Coho are preyed upon while in 9-Day Ditch. NMFS has adopted best design practices for screening fish from entering a diversion. The best design practice is to locate the screen as close as possible to the point of diversion.

15.   Murphy Dam creates an impoundment that extends 2000 feet upstream of the dam. When the flashboards are installed, Murphy Dam creates an impoundment that extends 3000 feet upstream of the dam. Juvenile Coho salmon migrating downstream in the Applegate River enter

the impoundment above Murphy Dam. Some juvenile Coho salmon migrating downstream are slowed by the impoundment above Murphy Dam and do not successfully emigrate. Some juvenile Coho salmon migrating downstream enter the impoundment created by Murphy Dam are preyed upon by other fish that reside in the impoundment. The impoundment created by Murphy Dam causes unnaturally high water temperatures, facilitates growth of non-native aquatic plants, and allows non-native predators of juvenile Coho salmon to flourish.

16.     Approximately 100 miles of salmon and steelheat trout habitat exists upstream of Murphy Dam. The Oregon Department of Fish and Wildlife has identified Murphy Dam as the second highest priority barrier in the Rogue River basin. A fish ladder was built at Murphy Dam in 1980. The fish ladder is built of concrete. The fish ladder is a vertical slot fish ladder. The fish ladder is near the north bank of the Applegate River. The fish ladder entrances include multiple two-foot wide openings. NMFS has adopted criteria for dimensions of fish ladder entrances. The criteria state the minimum width of the fish ladder entrance is four feet wide. The entrances to the fish ladder at Murphy Dam are not four feet wide or wider. NMFS has adopted criteria for hydraulic conditions at fish ladders. The criteria state the depth of water below the fish ladder entrance should be at least six feet. The depth of water below the fish ladder entrances is shallower than six feet deep. NMFS criteria state attraction flows for fish ladders. NMFS criteria state that attraction flows should be at least 5% of river flow at required fish passage flows. The fish ladder at Murphy Dam has less than 5% attraction flow.

17.     When adult Coho salmon are migrating upstream in the Applegate River, the thalweg of the river at Murphy Dam flows over the middle toward southern part of the river channel. Murphy Dam is not an impermeable structure. When the flashboards are in place, Murphy Dam is not an impermeable structure. Murphy Dam creates false attraction flows for upstream

migrating adult Coho salmon. When the flashboards are in place, Murphy Dam creates false attraction flows for upstream migrating adult Coho salmon. False attraction flows attract upstream migrating adult Coho salmon away from the fish ladder. Upstream migrating adult Coho salmon cannot ascend through Murphy Dam. Upstream migrating adult Coho salmon cannot ascend through Murphy Dam when the flashboards are in place. Upstream migrating adult Coho salmon cannot ascend through Murphy Dam when the flashboards are in place unless they do so through the fish ladder.

18.    Upstream migrating adult Coho salmon that seek to ascend Murphy Dam are precluded by Murphy Dam from reaching spawning areas upstream. Upstream migrating adult Coho salmon are killed on rocks below Murphy Dam. Upstream migrating adult Coho salmon that cannot ascend Murphy Dam seek to spawn in poor or overcrowded fish habitat below the dam.

## CLAIM FOR RELIEF

<u>Violation of Endangered Species Act.</u>

19.    Plaintiff realleges all previous paragraphs.

20.    Section 9 of the ESA prohibits any person from causing "take" of an endangered species. 16 U.S.C. § 1538(a)(1)(B). NMFS has extended the prohibition on take to Coho salmon in the SONCC ESU. 50 C.F.R. § 223.203. The ESA defines "take" to mean "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect or attempt to engage in any such conduct." 16 U.S.C. § 1532(19). NMFS defines "harm" to mean "significant habitat modification or degradation which actually kills or injures fish or wildlife by significantly impairing essential behavioral patterns, including breeding, spawning, rearing, migrating, feeding, or sheltering." 50 C.F.R. § 222.102. The Association and its officers have violated, and are in violation, of the ESA by maintaining and operating Murphy Dam and associated facilities that result in take of Coho

salmon. The Association's and the officers' affirmative actions and failures have caused and continue to cause harm, harassment, injury, and death to Coho salmon.

## REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court grant the following relief:

A.  Declare Defendants have violated, and continue to violate, Section 9 of the ESA;

B.  Enjoin Defendants, their officers, or any entities acting at their direction or acquiesence from installing flashboards on Murphy Dam in 2024 and diverting water and SONCC Coho salmon into Murphy Ditch, unless Defendants have obtained an incidental take permit under 16 U.S.C. § 1539(a)(1)(B);

C.  Enjoin Defendants from violating the ESA by ordering them to cease causing any take of SONCC Coho salmon;

D.  Grant such other relief as the Court deems appropriate and just.

Date: December 6, 2023.          Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, OSB #911843
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-395-3238
frost@westernlaw.org