Peter M. K. Frost, OSB #911843
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
541-359-3238
frost@westernlaw.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **WATERWATCH OF OREGON, INC.**,<br><br>Plaintiff,<br>v.<br><br>**MURPHY DITCH ASSOCIATION,** et al.,<br><br>Defendants. | Case No.: 1:23-cv-01830-CL<br><br>**PARTIES' STATUS REPORT** |

Pursuant to the Court's Order of April 1, 2024 (ECF No. 14), Plaintiff WaterWatch of Oregon, Inc. and Defendants Murphy Ditch Association et al. hereby respectfully file this joint status report.

Plaintiff represents that it has contracted with River Design Group/SWCA Environmental Consultants to advance engineering, design, and permitting for removal of Murphy Dam and the installation of a pump station and other facilities to convey water into the Murphy Ditch. At this time, the contractor is performing survey and design. The U.S. Fish and Wildlife Service has granted $50,000 towards this work. Plaintiff has applied for another $1,220,000 in grants, and anticipates applying for another $1 million in grants, by December 2024. Plaintiff anticipates being on track for dam removal and installation of pump facilities in 2026.

Date: October 10, 2024.

Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, OSB #911843
Attorney for Plaintiff

/s/ Nolan G. Smith
Dominic M. Carollo, OSB #093057
Nolan G. Smith, OSB #215034
Attorneys for Defendants