Peter M. K. Frost, OSB #911843
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
541-359-3238
frost@westernlaw.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

**WATERWATCH OF OREGON, INC.**,

Plaintiff,

v.

**MURPHY DITCH ASSOCIATION,** et al.,

Defendants.

Case No.: 1:23-cv-01830-CL

**PARTIES' STATUS REPORT**

Pursuant to the Court's Order of April 1, 2024 (ECF No. 14), Plaintiff WaterWatch of Oregon, Inc. and Defendants Murphy Ditch Association et al. hereby respectfully file this joint status report.

Plaintiff represents that it continues to contract with River Design Group/SWCA Environmental Consultants to perform advance engineering, design, and permitting to remove Murphy Dam and install a pump station and other facilities to convey water into Murphy Ditch. At this time, this contractor is performing survey and design. In addition, Plaintiff has contracted with Adkins Engineering & Surveying for Certified Water Rights Examiner Services to complete a transfer application to the Oregon Water Resources Department to establish a new point of diversion to convey water into Murphy Ditch. At this time, this contractor is performing water right mapping and other activities to complete the application. Plaintiff also contracted with Metzger Land Surveying to conduct mapping necessary for an easement related to the proposed new point of diversion, and the contractor has completed this mapping.

Meantime, the U.S. Fish and Wildlife Service has granted an additional $1,050,000 towards this project, which is in addition to the $50,000 noted in the October 10, 2024 status report. Further, Oregon Watershed Enhancement Board has granted $220,000 toward this work. Finally, Plaintiff has applied for another $2,190,108 in grants, and anticipates applying for another $1.5 million in grants, by the end of this calendar year.

Based on the foregoing, Plaintiff anticipates being on track for dam removal and new pump facilities in 2026.

Date: April 9, 2025.

Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, OSB #911843
Attorney for Plaintiff

/s/ Dominic M. Carollo
Dominic M. Carollo, OSB #093057
Attorney for Defendants