Peter M. K. Frost, OSB #911843
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
541-359-3238
frost@westernlaw.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **WATERWATCH OF OREGON, INC.**, Plaintiff, v. **MURPHY DITCH ASSOCIATION,** et al., Defendants. | Case No.: 1:23-cv-01830-CL **PARTIES' STATUS REPORT** |

Pursuant to the Court's Order of April 1, 2024 (ECF No. 14), Plaintiff WaterWatch of Oregon, Inc. and Defendants Murphy Ditch Association et al. hereby respectfully file this joint status report.

Plaintiff represents that it continues to contract with River Design Group/SWCA Environmental Consultants, and has additionally contracted with Waterways Consulting, to advance engineering to remove Murphy Dam and install a pump station and other facilities to convey water into Murphy Ditch. At this time, these contractors are performing design. Plaintiff has ceased contracting with Adkins Engineering & Surveying for Certified Water Rights Examiner Services to complete a transfer application to the Oregon Water Resources Department to establish a new point of diversion to convey water into Murphy Ditch. The proposed point of diversion transfer will not occur under this project. The project will proceed to construct a new pump at the current point of diversion to convey water into Murphy Ditch.

Plaintiff has achieved full funding for the project's estimated budget. As noted in previous status reports, the U.S. Fish and Wildlife Service awarded a total of $1.1 million in grants, and the Oregon Watershed Enhancement Board has awarded $220,000. In September, the Oregon Department of Fish and Wildlife Plaintiff awarded a grant of over $2.9 million.

Based on the foregoing, Plaintiff anticipates being on track for dam removal and installation of new pump facilities in 2026.

Date: October 10, 2025. Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, OSB #911843
Attorney for Plaintiff

/s/ Dominic M. Carollo
Dominic M. Carollo, OSB #093057
Attorney for Defendants