Peter M. K. Frost, OSB #911843
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
541-359-3238
frost@westernlaw.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **WATERWATCH OF OREGON, INC.**,<br><br>Plaintiff,<br>v.<br><br>**MURPHY DITCH ASSOCIATION,** et al.,<br><br>Defendants. | Case No.: 1:23-cv-01830-CL<br><br>**PARTIES' STATUS REPORT** |

Pursuant to the Court's Order of April 1, 2024 (ECF No. 14), Plaintiff WaterWatch of Oregon, Inc. and Defendants Murphy Ditch Association et al. hereby respectfully file this joint status report.

Plaintiff represents that it continues to contract with River Design Group/SWCA Environmental Consultants, and has additionally contracted with Waterways Consulting, to advance engineering to remove Murphy Dam and install a pump station and other facilities to convey water into Murphy Ditch. At this time, these contractors are performing design and have submitted permit applications for approval from the appropriate local, state, and federal agencies.

As noted in previous status reports, Plaintiff has achieved full funding for the project's estimated budget.

Based on the foregoing, Plaintiff anticipates being on track for installation of new pump facilities followed by removing Murphy Dam during the 2026 in-water work window allowed by the Oregon Department of Fish and Wildlife.

Date: April 1, 2026.    Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, OSB #911843
Attorney for Plaintiff

/s/ Dominic M. Carollo
Dominic M. Carollo, OSB #093057
Attorney for Defendants