Peter M. K. Frost, OSB #911843
Western Environmental Law Center
P.O. Box 533
Bend, Oregon 97709
541-359-3238
frost@westernlaw.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

**WATERWATCH OF OREGON, INC.**,

Plaintiff,

v.

**MURPHY DITCH ASSOCIATION,** et al.,

Defendants.

Case No.: 1:23-cv-01830-CL

**PARTIES' STATUS REPORT**

Pursuant to the Court's Order of April 1, 2024 (ECF No. 14), Plaintiff WaterWatch of Oregon, Inc. and Defendants Murphy Ditch Association et al. hereby respectfully file this joint status report.

WaterWatch of Oregon continues to contract with River Design Group/SWCA Environmental Consultants and Waterways Consulting to advance project engineering and permitting. WaterWatch has additionally retained Dietrich Construction, LLC as lead project construction contractor to remove Murphy Dam and install a pump station and other facilities to convey water into Murphy Ditch. The project has received all necessary permit approvals from the appropriate local, state, and federal agencies. As of this time, WaterWatch contractors have constructed and installed a temporary gravity diversion bypass to maintain water delivery to Murphy Ditch during construction; the new pump station's wet well; a fish screen/intake; an underground pipe connecting the fish screen and wet well; a fish screen water jet cleaning pipe assembly; armored riverbed/rock grade control surrounding the fish screen; the lower portion of the permanent fish screen access ramp; and temporary overwintering protection measures for constructed project elements located below ordinary high water. Contractors are currently completing rock rip-rap protection on the rebuilt levee within the project site, and expect to complete construction of the wet well pump, pump house structure, utility trench, and pump house electrical connection by the end of 2026. Permitting and construction delays since April 1, 2026 have delayed scheduled removal of Murphy Dam until 2027. WaterWatch anticipates being on track to complete new pump facilities by the end of 2026, and remove Murphy Dam during the 2027 in-water work window allowed by the Oregon Department of Fish and Wildlife, as the parties anticipated in their April 4, 2024, cooperative agreement.

Date: October 15, 2026.

Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost, OSB #911843
Attorney for Plaintiff

/s/ Dominic M. Carollo
Dominic M. Carollo, OSB #093057
Attorney for Defendants